IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY STEINBACH | * | |
| Plaintiff, | * | |
| | * | Civil Action No.: RDB-11-3335 |
| v. | * | |
| ERSI EQUITABLE RECOVERY SOLUTIONS, INC. | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Plaintiff having failed to respond to this Court's Show Cause Order (ECF No. 17) after receiving notice that failure to show good cause within 14 days of such Order would result in dismissal of the above-captioned case; and having failed to prosecute against the remaining Defendant, ERSI Equitable Recovery Solutions, Inc.;

IT IS HEREBY ORDERED this 21st day of March, 2013, pursuant to Local Rule 103.8(a), that this case is DISMISSED WITHOUT PREJUDICE.

_____
Richard D. Bennett
United States District Judge